IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WOODROW DUNN, JR.,

    Plaintiff,

vs.                               No. CV 18-00900 KG/GBW

ATTORNEY BRYAN COLLOPY
LEA COUNTY PUBLIC DEFENDER,

    Defendant.

## JUDGMENT

THIS MATTER having come before the Court under 28 U.S.C. § 1915(A) on the Complaint for Violation of Civil Rights filed by Plaintiff Woodrow Dunn, Jr., on September 21, 2018 (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing all claims,

IT IS ORDERED, ADJUDGED, AND DECREED that Complaint for Violation of Civil Rights filed by Plaintiff Woodrow Dunn, Jr., on September 21, 2018, (Doc. 1) and all claims and causes of action are DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE